(137 So. 915)

**Geo. E. STONE, Treas., etc., v. STATE ex rel. MOBILE & OHIO R. CO.**

1 Div. 649.

Supreme Court of Alabama.

Oct. 8, 1931.

PER CURIAM.

Appeal dismissed by appellant.

(137 So. 915)

**SWIFT & CO. v. Esther Mae. IRWIN.**

6 Div. 884.

Supreme Court of Alabama.

Nov. 24, 1931.

Fitts, Boyle & Fitts, of Birmingham, for appellant.

J. K. Taylor, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

(134 So. 916)

**Erma Will THOMASSON v. BIRMINGHAM TRUST & SAVINGS CO.**

6 Div. 814.

Supreme Court of Alabama.

May 12, 1931.

PER CURIAM.

Appeal dismissed by agreement.

(137 So. 915)

**UNITED STATES FIDELITY & GUARANTY CO. v. Ethel JONES.**

6 Div. 6.

Supreme Court of Alabama.

Oct. 8, 1931.

Chester Austin and Coleman, Coleman, Spain & Stewart, all of Birmingham, for appellant.

Harrison Kendrick, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

(137 So. 915)

**Ex parte James P. WHITMAN.**

8 Div. 342.

Supreme Court of Alabama.

Nov. 19, 1931.

O. D. Street & Son, of Birmingham, for petitioner.

J. A. Lusk, of Guntersville, for respondent.

ANDERSON, C. J.

Mandamus denied.

GARDNER, BOULDIN, and FOSTER, JJ., concur.

(137 So. 915)

**Henry, alias Charlie, WILLIAMS v. STATE.**

6 Div. 645.

Supreme Court of Alabama.

April 24, 1930.

PER CURIAM.

Appeal dismissed by appellant.

(137 So. 916)

**Lula Heard WILSON et al. v. Mrs. M. N. HINTON.**

5 Div. 85.

Supreme Court of Alabama.

Oct. 29, 1931.

PER CURIAM.

Appeal dismissed by agreement.